# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Brian Allen Zentner, | ) | Case No. 1:16-cr-217 |
| Defendant. | ) | |

Defendant is on pre-sentence release. He is currently residing in Arizona. He is being supervised by a Pretrial Services Officer in Arizona. His sentencing hearing is currently scheduled for September 25, 2018, at 9:00 a.m. in Bismarck, North Dakota, before Chief Judge Hovland.

Defense counsel recently contacted the court to advise it of defendant's desire to surrender to the United States Marshal's office in this district and begin service of his anticipated sentence.

Accordingly, defendant shall surrender to the United States Marshal's office in Bismarck, North Dakota, by 5:00 p.m. on September 10, 2018. In the interim, defendant shall continue to abide by the conditions of release previously imposed by the court. Prior to departing Arizona for North Dakota, he shall provide the Pretrial Services Office with a detailed travel itinerary along with a telephone number at which he can be contacted.

Upon his surrender to the United State's Marshal in North Dakota, defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

1

defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

Defendant should take heed that the issuance of this order does not foreclose the possibility of a petition for revocation of pre-sentence being filed and a warrant for his arrest being issued should he fail to strictly adhere to his release conditions pending surrender.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court